IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REGINALD SMITH,

  Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-2018

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed August 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
Russell L. Healey, Judge.

Reginald Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and David Llanes and Donna A. Gerace, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.